No. 96–7347. RUTHERS v. GULCH, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied. 

No. 96–7349. SOUTHERN v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 96–7350. SMITH v. WHITE ET AL. C. A. 6th Cir. Certiorari denied. 

No. 96–7355. FINBERG v. WORKMEN'S COMPENSATION APPEAL BOARD OF PENNSYLVANIA ET AL. Sup. Ct. Pa. Certiorari denied.

No. 96–7356. GEORGE v. SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied. 

No. 96–7367. MITCHELL v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied. 

No. 96–7385. LUX ET UX. v. COUNTY OF SPOTSYLVANIA ET AL. C. A. 4th Cir. Certiorari denied. 

No. 96–7386. WALL v. CHATER, COMMISSIONER OF SOCIAL SECURITY, ET AL. C. A. 6th Cir. Certiorari denied. 

No. 96–7388. PIGRAM v. THYMES ET AL. C. A. 9th Cir. Certiorari denied.

No. 96–7389. HAYS v. ALABAMA ET AL. C. A. 11th Cir. Certiorari denied. 

No. 96–7391. BISHOP v. BISHOP. App. Ct. Ill., 1st Dist. Certiorari denied. 

No. 96–7401. FERRELL v. FLORIDA. Sup. Ct. Fla. Certiorari denied. 

No. 96–7405. HERMAN v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied. 

No. 96–7408. BRAYALL ET VIR v. DART INDUSTRIES ET AL. App. Ct. Mass. Certiorari denied.